### Jack R. CREWSE, Plaintiff/Appellant,

v.

### Rafael HERNANDEZ, Defendant/Respondent.

### No. 57933.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 8, 1991.

Donald V. Fraser, Jr., St. Louis, for plaintiff/appellant.

Ray A. Gerritzen, St. Louis, for defendant/respondent.

### ORDER

PER CURIAM.

In this vehicular negligence case, plaintiff appeals the jury verdict for defendant.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).